**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03066-AP

MARLANA MARTINEZ,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

     Defendant.

---

**ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 and a complaint.  The motion and affidavit are in proper form and indicate

that the plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the

basis of inability to prepay fees or give security therefor.  Accordingly, it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 is granted.

DATED at Denver, Colorado, this 26ᵗʰ day of November , 2012.

                         BY THE COURT:


                          *S/John L. Kane*
                          John L. Kane, Judge
                          United States District Court