IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03066-AP

Marlana Martinez,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
719-635-6503(facsimile)
fnewall@qwestoffice.net

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** November 20, 2012

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** December 17, 2012

    **C.**    **Date Answer and Administrative Record Were Filed:** February 14, 2013

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that they are not aware of any other matters.

**8.  BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** April 26, 2013
    **B.**    **Defendant's Response Brief Due:** May 27, 2013
    **C.**    **Plaintiff's Reply Brief (If Any) Due:** June 10, 2013

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

- A.  ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.  ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

*The briefing schedule is requested to be filed beyond the forty days due to an Opening Brief due in the James K. Thomas v. Carolyn W. Colvin, 12-cv-03096-AP all on 04-16-13. Also, Reply Brief is due 04-21-13 in Benjamin W. Swan v. Michael J. Astrue, 12-cv-2529-AP. Plaintiff asks for Opening Brief to be due on 04-26-13 instead of 04-15-13.*

DATED this 7th day of March, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ *Frederick W. Newall*
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
719-635-6503(facsimile)
fnewall@qwestoffice.net

Attorney for Plaintiff

By: s/*Alexess Rea*
Special Assistant U.S. Attorney
1001 17th Street
Denver, CO 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

Attorneys for Defendant